UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET ORTIZ,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

_____/

No. C 11-2401 PJH

**ORDER**

    The court having issued an order dismissing the first and fourth causes of action with prejudice, and dismissing the second and third causes of action with leave to amend, and plaintiff having failed to file an amended complaint by the deadline imposed by the court in the October 14, 2011 order, it is hereby ORDERED that this action be DISMISSED.

**IT IS SO ORDERED.**

Dated: November 7, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge